1
2
3
4
5
6
7
8
9
10
11
12

13                              UNITED STATES DISTRICT COURT

14                                    DISTRICT OF NEVADA

15

16  MOBILITY ELECTRONICS, INC., a Delaware      )   CASE NO.:  CV-N-04-0460-BES-RAM
    Corporation and IGO DIRECT                  )
17  CORPORATION, a Delaware Corporation,        )
                                                )
18              Plaintiffs,                     )
                                                )
19       v.                                     )   ORDER OF DISMISSAL
                                                )   WITH PREJUDICE
20  TWIN CITY FIRE INSURANCE COMPANY            )
    an Indiana Corporation,                     )
21                                              )
                Defendant.                      )
22  _____  )

23
24
25
26
27
28

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Mobility Electronics, Inc, and iGo Direct Corporation, and Defendant Twin City Fire Insurance Company, through their respective attorneys, hereby stipulate to the dismissal, with prejudice, of this action. Each party shall bear its own costs, expenses, and attorney fees.

ORDER

IT IS SO ORDERED.

DATED: This 5th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE